**Lamont CHERRY, Petitioner**

v.

**The Honorable Tina Polachek GARTLEY, Respondent**

**No. 73 MM 2017**

Supreme Court of Pennsylvania.

May 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of May, 2017, the Application for Leave to File Original

Process is **GRANTED.** The Petition for Mandamus and the Petition for Stay are **DENIED** as **MOOT.**